IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BILLINGSLEY,

        Plaintiff,                      No. CIV S-08-3048 KJM P

    vs.

SOLANO COUNTY JAIL, et al.,

        Defendants.              <u>ORDER</u>

        /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed April 16, 2009, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for defendants Kadavari and Purcell.

        2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed May 5, 2009.

1

1             3.  Within thirty days from the date of this order, plaintiff shall complete the
2   attached Notice of Submission of Documents and submit the following documents to the court:
3             a.  The completed Notice of Submission of Documents;
4             b.  One completed summons;
5             c.  One completed USM-285 form for each defendant listed in number 1
6                above; and
7             d.  Threee copies of the endorsed amended complaint filed May 5, 2009.
8          4.  Plaintiff need not attempt service on defendants and need not request waiver of
9   service.  Upon receipt of the above-described documents, the court will direct the United States
10  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
11  without payment of costs.
12         5.  The Clerk of the Court is directed to assign this case to a district judge.
13  DATED: October 8, 2009.

_____
U.S. MAGISTRATE JUDGE

2
bill3048.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BILLINGSLEY,

      Plaintiff,                       No. CIV S-08-3048 KJM P

   vs.

SOLANO COUNTY JAIL, et al.,        <u>NOTICE OF SUBMISSION</u>

      Defendants.               <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____
                              Amended Complaint

DATED:

                                           _____
                                           Plaintiff