IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY BILLINGSLEY,

      Plaintiff,               No. CIV S-08-3048 KJM CKD P

   vs.

SOLANO COUNTY JAIL, et al.,

      Defendants.        ORDER TO SHOW CAUSE

_____/

      On August 25, 2011, the court issued an order setting a final pretrial conference for September 7, 2011 and requiring plaintiff Michael Billingsley to appear personally. ECF 36. Mr. Billingsley has failed to comply with the court's order.

      Accordingly, plaintiff is hereby ordered to show cause on or before September 16, 2011 why this case should not be dismissed for plaintiff's failure to prosecute. FED. R. CIV. P. 41(b); see *Thompson v. Hous. Auth. of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986) (per curiam) ("District courts have inherent power to control their dockets. In the exercise of that power they may impose sanctions including, where appropriate, default or dismissal.").

      IT IS SO ORDERED.

DATED: September 15, 2011.

_____
UNITED STATES DISTRICT JUDGE

1