IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BILLINGSLEY,

    Plaintiff,                      No. CIV S-08-3048 KJM CKD P

    vs.

KADAVARI, et al.,

    Defendants.            ORDER

_____/

        A pretrial conference was held in this case on September 7, 2011. Plaintiff failed to appear. Soon thereafter, the court ordered plaintiff to show cause why this action should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The time for responding to the court's order has expired and plaintiff has not responded. Accordingly, it is hereby ORDERED that this action is DISMISSED for failure to prosecute. The clerk is ordered to close this case.

        IT IS SO ORDERED.

DATED: October 13, 2011.

UNITED STATES DISTRICT JUDGE