1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL BILLINGSLEY,

11              Plaintiff,              No. CIV S-08-3048 KJM CKD P

12        vs.

13   KADAVARI, et al.,

14              Defendants.            ORDER

15   _____/

16              A pretrial conference was held in this case on September 7, 2011.  Plaintiff failed

17   to appear.  Soon thereafter, the court ordered plaintiff to show cause why this action should not

18   be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil

19   Procedure.  The time for responding to the court's order has expired and plaintiff has not

20   responded.  Accordingly, it is hereby ORDERED that this action is DISMISSED for failure to

21   prosecute.  The clerk is ordered to close this case.

22              IT IS SO ORDERED.

23   DATED:  October 13, 2011.

24

     _____

25              UNITED STATES DISTRICT JUDGE

26